UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                     Plaintiff,<br>     vs.<br><br>MICHAEL EUGENE STEWARD<br><br>                     Defendant<br>_____ / | CASE NO. 1:95-CR-05111 LJO<br><br>**ORDER PURSUANT TO DEFENDANT'S FILING ENTITLED "PLACE HOLDER PETITION"** |

     The Court has received and reviewed the recent filing, and hereby responds to said filing.

     Petitioner was convicted by jury trial of three counts of interference with commerce by robbery, and three counts of aiding and abetting the use of a firearm when committing a crime of violence. He was sentenced by now-retired District Judge Oliver Wanger to 57 months incarceration on the robbery charges (concurrent sentences) and 60 months on Count 2 (to be served consecutively), and 240 months each on Counts 6 and 8 (to be served consecutively). The total sentence imposed was 597 months.

     The conviction and sentence were affirmed on appeal at all levels sought. This file has been closed since September of 1996.

     This Court is without jurisdiction to act on the current filing.

IT IS SO ORDERED.

**Dated:  April 2, 2012**           /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE