# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff-Respondent,<br><br>  v.<br><br>MICHAEL STEWARD,<br><br>          Defendant-Petitioner. | CASE NO. 1:95-CR-5111-LJO-2<br><br>ORDER SETTING BRIEFING SCHEDULE<br><br>(ECF No. 604) |

On June 23, 2016, Petitioner Michael Steward, through the Federal Defender's Office, filed a motion to vacate, set aside, or correct his sentence pursuant 28 U.S.C. § 2255, raising issues related to *Johnson v. United States*, 135 S. Ct. 2551 (2015), and *Welch v. United States*, 136 S. Ct. 1257 (2016). ECF No. 604. Petitioner simultaneously filed an application to the Ninth Circuit for leave to file a second or successive § 2255 motion. *Id.* On March 21, 2017, the Ninth Circuit granted Petitioner's application to file a second or successive § 2255 motion. ECF No. 603. Accordingly,

**IT IS HEREBY ORDERED** that the Government shall file a response to Petitioner's § 2255 motion on or before **April 25, 2017**. From the date of the Government's filing, Petitioner shall have **30 days** to file a reply.

IT IS SO ORDERED.

    Dated:   **March 24, 2017**                   /s/ Lawrence J. O'Neill
                                                             UNITED STATES CHIEF DISTRICT JUDGE