PHILLIP A. TALBERT
Acting United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | NO. 1:95-CR-5111 DAD |
|---|---|
| Plaintiff, | <u>STIPULATION TO SET DEADLINES TO FILE GOVERNMENT'S RESPONSE AND DEFENDANT'S REPLY</u> |
| v. | |
| MICHAEL EUGENE STEWARD, | |
| Defendant. | |

The United States of America, by and through its undersigned counsel, and the defendant, by and through Assistant Federal Defender Peggy Sasso, hereby agree and stipulate as follows:

1. The government shall file its response to the defendant's motion for compassionate release on or before May 19, 2021.

2. The defendant shall file his optional reply within 15 days of the filing of the government's response.

////

////

////

////

////

**IT IS SO STIPULATED.**

Dated: May 10, 2021                            PHILLIP A. TALBERT
                                               Acting United States Attorney

                                       By:     /s/ KAREN A. ESCOBAR
                                               KAREN A. ESCOBAR
                                               Assistant United States Attorney

Dated: May 10, 2021                            /s/ Peggy Sasso
                                               PEGGY SASSO
                                               Counsel for Defendant Michael
                                               Eugene Steward

## O R D E R

Pursuant to the parties' stipulation,

1. The government shall file its response to the defendant's motion for compassionate release on or before May 19, 2021.

2. The defendant shall file his optional reply within 15 days of the filing of the government's response.

IT IS SO ORDERED.

Dated:   **May 10, 2021**

                                               _____
                                               UNITED STATES DISTRICT JUDGE