PHILLIP A. TALBERT
Acting United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | NO. 1:95-CR-5111 NONE |
|---|---|
| Plaintiff, | STIPULATION FOR EXTENSION |
| v. | |
| MICHAEL EUGENE STEWARD, | |
| Defendant. | |

The United States of America, by and through its undersigned counsel, and the defendant, by and through Assistant Federal Defender Peggy Sasso, hereby agree and stipulate as follows:

1. The parties previously agreed to the filing of the government's response to the defendant's motion on or before May 19, 2021.

2. At the government's request, the parties now agree to an extension of time for the filing of the government's response on or before May 25, 2021. The government requires additional time to obtain BOP records and ensure proper internal review.

3. The defendant shall file his optional reply within 15 days of the filing of the government's response.

////

////

**IT IS SO STIPULATED.**

Dated: May 18, 2021

PHILLIP A. TALBERT
Acting United States Attorney

By: /s/ KAREN A. ESCOBAR
KAREN A. ESCOBAR
Assistant United States Attorney

Dated: May 18, 2021

/s/ Peggy Sasso
PEGGY SASSO
Counsel for Defendant Michael
Eugene Steward

ORDER

The above stipulation is approved. Accordingly, the government's response is due on or before May 25, 2021. The defendant shall file his optional reply within 15 days of the filing of the government's response.

IT IS SO ORDERED.

Dated: **May 20, 2021**

UNITED STATES DISTRICT JUDGE