1  HEATHER E. WILLIAMS, CA BAR #122664
   Federal Defender
2  PEGGY SASSO, CA BAR #228906
   Assistant Federal Defender
3  2300 Tulare Street, Suite 330
   Fresno, CA  93721-2226
4  Telephone: 559.487.5561/Fax: 559.487.5950

5  Attorneys for Defendant
   MICHAEL EUGENE STEWARD
6

7

8           IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | Case No. 1:95-cr-05111-JLT
12 | *Plaintiff,* |
13 | vs. | ORDER FOR IMMEDIATE RELEASE FROM CUSTODY
14 | MICHAEL EUGENE STEWARD, |
15 | *Defendant.* |

16

17     **IT IS HEREBY ORDERED** that Defendant Michael Eugene Steward, aka Michael

18 Eugene Stewart, Registration Number: 57089-097, **SHALL BE RELEASED** from custody at

19 FCI Safford **immediately**.

20     On September 5, 1996, this Court imposed a total sentence of 597 months on all counts

21 (comprised of three counts of violating 18 U.S.C. § 1951(a) and three counts of violating 18

22 U.S.C. § 924(c)).  On May 24, 2022, this Court re-sentenced Defendant Michael Eugene Steward

23 to a total sentence of **TIME SERVED** *on all counts* (comprised of three counts of violating 18

24 U.S.C. § 1951(a) and three counts of violating 18 U.S.C. § 924(c)).

25 ///

26 ///

27 ///

28 ///

Consistent with the Order this Court issued on May 24, 2022, Defendant Steward shall **be RELEASED IMMEDIATELY** to begin the 36-month term of supervised release previously ordered.

The Clerk of the Court is directed to fax a copy of this order to FCI Safford.

IT IS SO ORDERED.

Dated: __May 25, 2022__                          *Jennifer L. Thurston*
                                                  UNITED STATES DISTRICT JUDGE